Matthew E. Lewitz (SBN 325379)
mlewitz@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

*Attorney for Specially Appearing Defendant Rokt U.S. Corp., incorrectly sued as Rokt Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ELIZABETH HAVILAND, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ROKT INC., a California corporation; and DOES 1 through 25, inclusive,

Defendant.

Case No. 2:26-cv-00582-DJC-AC

**SPECIALLY-APPEARING DEFENDANT ROKT U.S. CORP. INCORRECTLY SUED AS ROKT INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

*[Served and Filed Concurrently with Memorandum of Points and Authorities; Declaration of Matthew E. Lewitz; and Request for Judicial Notice]*

Date: July 9, 2026
Time: 1:30 p.m.
Courtroom: 7
Judge: Hon. Daniel J. Calabretta

Complaint Filed: February 25, 2026

**NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that on July 9, 2026 at 1:30 p.m. in the Robert T. Matsui United States Courthouse, Courtroom 7, located at 501 I Street, Sacramento, California 95814, before the Honorable Daniel J. Calabretta of the United States District Court for the Eastern District of California, or at another date and time set by the Court, Specially-Appearing Defendant Rokt U.S. Corp. incorrectly sued as Rokt Inc. ("Rokt"), will move, and hereby does move, to dismiss the Complaint filed by Plaintiff Elizabeth Haviland ("Plaintiff"). Rokt moves to dismiss Plaintiff's Complaint in its entirety under Federal Rule of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) for lack of subject-matter jurisdiction based on Plaintiff's lack of standing, lack of personal jurisdiction, and failure to state a cause of action, respectively.

Pursuant to Section I(C) of Judge Calabretta's Standing Order in Civil Cases, Rokt has engaged in meet-and-confer efforts prior to the filing of this Motion. During the afternoon of April 9, 2026, counsel for Rokt met-and-conferred with Plaintiff's counsel by telephone to discuss Rokt's intention to bring the instant Motion and explain the substantive bases for the Motion, namely that Rokt is not subject to personal jurisdiction, Plaintiff lacks Article III standing because she has not alleged an injury-in-fact, and Plaintiff fails to adequately allege a trap and trace claim under the California Invasion of Privacy Act. At the conclusion of the meet-and-confer call, Plaintiff did not agree to withdraw or amend her Complaint. Accordingly, meet-and-confer efforts with respect to the Motion have been exhausted.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Rohan Lal, the Declaration of Matthew E. Lewitz, the accompanying Request for Judicial Notice, all pleadings and papers on file in this action, and such other further matters and argument as the Court may consider.

Dated: April 15, 2026

COZEN O'CONNOR

By: */s/ Matthew E. Lewitz*

Matthew E. Lewitz

*Attorneys for Specially Appearing Defendant Rokt U.S. Corp., incorrectly sued as Rokt Inc.*