Matthew E. Lewitz (SBN 325379)
  *mlewitz@cozen.com*
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Specially-Appearing
Defendant Rokt US Corp., incorrectly sued herein as
Rokt Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HAVILAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROKT INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.  2:26-cv-00582-DJC-AC<br><br>**STIPULATION AND ORDER RE EXTENSION OF DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>**LOCAL RULE 230(C)**<br><br>Action Filed: February 25, 2026 |

Plaintiff Elizabeth Haviland ("Plaintiff") and Specially-Appearing Defendant Rokt US Corp. incorrectly sued herein as Rokt Inc. ("Rokt") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 25, 2026, Plaintiff initiated the above-entitled action;

WHEREAS, Rokt was served with the Summons and Complaint on February 27, 2026;

WHEREAS, on March 11, 2026, the Parties stipulated to extended Rokt's deadline to move, answer, or otherwise respond to the Complaint by twenty-six (26) days to April 15, 2026 pursuant to Local Rule 144 (ECF No. 5);

1

STIPULATION AND ORDER RE EXTENSION OF DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS

WHEREAS, on April 15, 2026, Rokt filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) (the "Motion") (ECF Nos. 6, 6-1, 6-2);

WHEREAS, due to inadvertent oversight, the supporting Declaration of Rohan Lal (the "Lal Decl.") was not submitted at the time the Motion was filed, which declaration was referenced throughout the filed Motion, including the Notice of Motion;

WHEREAS, on April 17, 2026, Rokt filed the Lal Decl. (ECF No. 9);

WHEREAS, pursuant to Local Rule 230(c), Plaintiff's current deadline to submit opposition to the Motion is April 29, 2026, and Rokt's current deadline to submit reply in further support of the Motion is May 11, 2026;

WHEREAS, in light of the April 17, 2026 filing of the Lal Decl., Rokt agrees to extend Plaintiff's deadline to file opposition to the Motion by two (2) days to May 1, 2026;

WHEREAS, the requested modification to the briefing schedule on the Motion will not alter the date of the noticed July 9, 2026 hearing date for the Motion, or any other date or deadline scheduled by the Court;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that Plaintiff shall have up to and including May 1, 2026 to submit opposition to the Motion.

**IT IS SO STIPULATED.**

Dated:  April 20, 2026                 COZEN O'CONNOR

                                       By: */s/ Matthew E. Lewitz*
                                           Matthew E. Lewitz
                                           Attorneys for Specially-Appearing Defendant
                                           Rokt US Corp., incorrectly sued herein as Rokt
                                           Inc.

Dated:  April 20, 2026                 TAULER SMITH LLP

                                       By: */s/ Robert Tauler* (as authorized on 4/17/26)
                                           Robert Tauler
                                           J. Evan Shapiro
                                           Attorneys for Plaintiff Elizabeth Haviland

2

STIPULATION AND ORDER RE EXTENSION OF DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS

## ORDER

Based upon the foregoing joint stipulation between Plaintiff Elizabeth Haviland ("Plaintiff") and Specially-Appearing Defendant Rokt US Corp. incorrectly sued herein as Rokt Inc. ("Rokt"), and good cause having been shown, it is ORDERED that Plaintiff shall submit opposition to Rokt's Motion to Dismiss on or before May 1, 2026.

**IT IS SO ORDERED.**

Dated:  April 20, 2026                    /s/ Daniel J. Calabretta
                                          _____
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE EXTENSION OF DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS