Matthew E. Lewitz (SBN 325379)
  mlewitz@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Specially-Appearing
Defendant Rokt US Corp., incorrectly sued herein as
Rokt Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HAVILAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROKT INC., a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.  2:26-cv-00582-DJC-AC<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR FORTHCOMING MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**LOCAL RULE 230(C)**<br><br>Action Filed: February 25, 2026 |

Plaintiff Elizabeth Haviland ("Plaintiff") and Specially-Appearing Defendant Rokt US Corp. incorrectly sued herein as Rokt Inc. ("Rokt") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 25, 2026, Plaintiff initiated the above-entitled action;

WHEREAS, on April 15, 2026, Rokt filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) (the "Initial Motion") (ECF Nos. 6, 6-1, 6-2);

WHEREAS, on April 29, 2026, Plaintiff filed a Notice of Intent to Amend, indicating her intention to file a First Amended Complaint in lieu of responding to the Motion;

1

STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR FORTHCOMING MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

WHEREAS, on May 6, 2026, Plaintiff filed a First Amended Complaint (the "FAC");

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Rokt's current deadline to move, answer, or otherwise respond to the FAC is May 20, 2026;

WHEREAS, Rokt intends to file a motion to dismiss Plaintiff's FAC (the "Forthcoming MTD");

WHEREAS, due to competing deadlines in other matters and other upcoming professional engagements, the Parties agree to a proposed briefing schedule on Rokt's Forthcoming MTD, under which (i) Rokt's deadline to file its Forthcoming MTD is May 29, 2026; (ii) Plaintiff's deadline to oppose the Forthcoming MTD is June 23, 2026; and (iii) Rokt's deadline to file a reply in further support of the Forthcoming MTD is July 14, 2026;

WHEREAS, the proposed briefing schedule on the Forthcoming MTD will not alter any other current date or deadline scheduled by the Court;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that (i) Rokt shall have up to and including May 29, 2026 to file its Forthcoming MTD; (ii) Plaintiff shall have up to and including June 23, 2026 to file opposition to the Forthcoming MTD; and (iii) Rokt shall have up to and including July 14, 2026 to file reply in further support of the Forthcoming MTD.

**IT IS SO STIPULATED.**

Dated:  May 11, 2026                    COZEN O'CONNOR

By: */s/ Matthew E. Lewitz*_____
    Matthew E. Lewitz
    Attorneys for Specially-Appearing Defendant
    Rokt US Corp., incorrectly sued herein as Rokt
    Inc.

Dated:  May 11, 2026                    TAULER SMITH LLP

By: */s/ J. Evan Shapiro* (as authorized on 5/7/26)
    Robert Tauler
    J. Evan Shapiro
    Attorneys for Plaintiff Elizabeth Haviland

STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR FORTHCOMING MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

## <u>ORDER</u>

Based upon the foregoing joint stipulation between Plaintiff Elizabeth Haviland ("Plaintiff") and Specially-Appearing Defendant Rokt US Corp. incorrectly sued herein as Rokt Inc. ("Rokt"), and good cause having been shown, it is ORDERED that (i) Rokt shall have up to and including May 29, 2026 to file its Forthcoming MTD; (ii) Plaintiff shall have up to and including June 23, 2026 to file opposition to the Forthcoming MTD; and (iii) Rokt shall have up to and including July 14, 2026 to file reply in further support of the Forthcoming MTD.

**IT IS SO ORDERED.**

Dated:  May 11, 2026                      /s/ Daniel J. Calabretta
                                                          _____
                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR FORTHCOMING MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT