Robert Tauler, Esq.  (SBN 241964)
rtauler@taulersmith.com
J. Evan Shapiro, Esq. (SBN 218481)
eshapiro@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 1100
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HAVILAND, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>ROKT INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No. 2:26-cv-00582-DJC-AC<br><br>**STIPULATION AND ORDER FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT** |

STIPULATION

Plaintiff Elizabeth Haviland ("Plaintiff") and Specially-Appearing Defendant Rokt US Corp. incorrectly sued herein as Rokt Inc. ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed her initial Complaint on February 25, 2026;

WHEREAS, on April 15, 2026, Defendant filed a Motion to Dismiss (the "Motion") the initial Complaint;

WHEREAS, in lieu of responding to the Motion, Plaintiff filed  her First Amended Complaint on May 6, 2026;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred regarding the proper name of the party incorrectly sued herein as Rokt Inc.;

WHEREAS, per FRCP 15(a)(2) counsel for Defendant has consented to the filing of a Second Amended Complaint naming Rokt US Corp. in place of and in lieu of Rokt Corp (a proposed copy of which is attached hereto as **Exhibit A**);

WHEREAS, the Parties agree that Defendant maintains all arguments and defenses with respect to a Second Amended Complaint, and that entry into and submission of this Stipulation does not constitute a waiver of any arguments or defenses by Defendant and does not constitute a general appearance herein;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that Plaintiff shall file a Second Amended Complaint within two days of the Order granting this Stipulation

IT IS SO STIPULATED.

DATED: May 28, 2026                    TAULER SMITH LLP

By:    _/s/ Robert Tauler_____
          Robert Tauler, Esq.
          *Attorney for Plaintiff*

DATED: May 28, 2026                    COZEN O'CONNOR

By:    /s/ Matthew E. Lewitz
       Matthew E. Lewitz
       *Attorney for Specially-Appearing*
       *Defendant Rokt US Corp.*

## **ORDER**

Based upon the foregoing joint stipulation between Plaintiff Elizabeth Haviland ("Plaintiff") and Specially-Appearing Defendant Rokt US Corp. incorrectly sued herein as Rokt Inc. ("Rokt"), and good cause having been shown, it is ORDERED that Plaintiff shall file her Second Amended Complaint within two days of this Order.

**IT IS SO ORDERED.**

Dated:  May 28, 2026               /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE