Matthew E. Lewitz (SBN 325379)
mlewitz@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

*Attorney for Specially Appearing Defendant Rokt US Corp.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH HAVILAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROKT US CORP., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No. 2:26-cv-00582-DJC-AC<br><br>**SPECIALLY-APPEARING DEFENDANT ROKT US CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>*[Served and Filed Concurrently with Memorandum of Points and Authorities; Declaration of Matthew E. Lewitz; Declaration of Marilyn Wagman; and Request for Judicial Notice]*<br><br>Date: August 13, 2026<br>Time: 1:30 p.m.<br>Courtroom: 7<br>Judge: Hon. Daniel J. Calabretta<br><br>Complaint Filed: February 25, 2026 |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that on August 13, 2026 at 1:30 p.m. in the Robert T. Matsui United States Courthouse, Courtroom 7, located at 501 I Street, Sacramento, California 95814, before the Honorable Daniel J. Calabretta of the United States District Court for the Eastern District of California, or at another date and time set by the Court, Specially-Appearing Defendant Rokt US Corp. ("Rokt"), will move, and hereby does move, to stay this action or, in the alternative, dismiss the Second Amended Complaint ("SAC") filed by Plaintiff Elizabeth Haviland ("Plaintiff").

Rokt moves for a stay of this action, pursuant to the Court's inherent authority, pending the adjudication of appellate proceedings before the California Court of Appeal, Second Appellate District, in the action captioned *Variety Media, LLC v. Superior Court*, LASC Case No. B350578 (Cal. Ct. App. 2d. Dist. Nov. 21, 2025) (the "*Variety* Appeal"). The *Variety* Appeal will address a threshold question of statutory interpretation relating to Plaintiff's single claim under the California Invasion of Privacy Act ("CIPA"), namely whether CIPA's trap and trace status under California Penal Code § 638.51 applies to the use of web-based tracking technologies on a website. Because the outcome of the *Variety* Appeal may be dispositive of Plaintiff's claim herein, a temporary stay of this action is warranted.

In the alternative, Rokt moves to dismiss Plaintiff's SAC in its entirety under Federal Rule of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6) for lack of subject-matter jurisdiction based on Plaintiff's lack of standing, lack of personal jurisdiction, and failure to state a cause of action, respectively.

Pursuant to Section I(C) of Judge Calabretta's Standing Order in Civil Cases, Rokt has engaged in meet-and-confer efforts prior to the filing of this Motion. During the afternoon of June 4, 2026, counsel for Rokt met-and-conferred with Plaintiff's counsel by telephone to discuss Rokt's intention to bring the instant Motion and explain the substantive bases for the Motion, namely that a stay of this action is warranted pending the outcome of the *Variety* Appeal, and that Rokt is not subject to personal jurisdiction, Plaintiff lacks Article III standing because she has not alleged an injury-in-fact, and Plaintiff fails to adequately allege a trap and trace claim under CIPA. At the conclusion of the meet-and-confer call, Plaintiff did not agree to withdraw or amend her SAC. Accordingly, meet-and-confer efforts with respect to the Motion have been exhausted.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Marilyn Wagman, the Declaration of Matthew E. Lewitz, the accompanying Request for Judicial Notice, all pleadings and papers on file in this action, and such other further matters and argument as the Court may consider.

Dated: June 10, 2026

COZEN O'CONNOR

By: */s/ Matthew E. Lewitz*

Matthew E. Lewitz
*Attorneys for Specially Appearing Defendant Rokt US Corp.*